NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29990
18-OCT-2011
10:39 AM**

NO. 29990

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
HYRAM NAO, Defendant-Appellant,
and
LIZCINDAMAE MATSUO, Defendant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0306)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on September 30, 2011, is hereby corrected as follows:

1.   On page 9, in the ninth line of the paragraph following the block-quoted material, the word "State" should be possessive and corrected to read "State's" so that as corrected, the text reads: ". . . instruction that *increases* the State's burden of proof . . . ."

2.   On page 9, in the eleventh line of the paragraph following the block-quoted material, the word "overturing" is misspelled and should be corrected to read "overturning".

3.   On page 11, in the twelfth line, the name "Nao" should be possessive and corrected to read "Nao's" so that as corrected, the text reads: . . . evidence to support Nao's conviction . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Reifurth, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, October 18, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge